UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2022
```

SHLOIME TORIM,

                        Plaintiff,

   -against-

OFFICER AHAMAD REZAK *in his official and individual capacity*,

                        Defendant.

No. 19-CV-9192 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge

    Plaintiff Schloime Torim, proceeding *pro se*, commenced this action on October 4, 2019. (ECF No. 1.) On March 11, 2022, this Court issued an order directing Plaintiff to show cause in writing by April 11, 2022 why this action should not be dismissed without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b). (ECF No. 6.)

    As Plaintiff has not responded to the March 11, 2022 Order, the instant action is hereby dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of the Court is respectfully directed to close the case. The Clerk of Court is also directed to mail a copy of this Order to *pro se* Plaintiff at his address listed on ECF and to show service on the docket.

Dated: April 21, 2022
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1